UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 08-10016-RGS

UNITED STATES OF AMERICA

v.

LOIS GULLAGE

<u>ORDER ON ENLARGEMENT OF TIME
 FOR FILING AN APPEAL</u>

September 12, 2008

STEARNS, D.J.

Appellant Lois Gullage was convicted of a traffic offense on federal property in a trial before a Magistrate Judge.  She appeared *pro se.*  On June 3, 2008, the district court entered an Order affirming the judgment of conviction.   Gullage filed a motion for reconsideration on July 7, 2008, and a motion for clarification regarding the denial of reconsideration on July 10, 2008.  Following several letters to the court, Gullage filed an appeal to the First Circuit Court of Appeals on August 7, 2008.

The district court finds excusable neglect in Gullage's failure to file an appeal within ten days of the court's July 10, 2008 Order.  While *pro se* litigants must follow court rules with the same care as practicing attorneys, there appears to have been genuine confusion on Gullage's part about the meaning of the denial of her motion for reconsider.  The court will permit an enlargement of time in order for Gullage to perfect her appeal to the First Circuit.  <u>See</u> Fed. R. App. P. 4(b).  Accordingly, a copy of this decision shall be forwarded

to the First Circuit.

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE